

**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY P. CHIPPOLETTI, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX inclusive,<br><br>Defendants. | CASE NO. 2:23−cv−00854−JAD−MDC<br><br>**STIPULATION AND ORDER REGARDING FRCP 35 PHYSICAL EXAMINATION OF PLAINTIFF SEBASTIAN SYMEONIDES** |

///
///
///
///
///

2:23−cv−00854−JAD−VCF
Stipulation and Order re: FRCP 35
Physical Examination of Plaintiff

IT IS HEREBY STIPULATED by and between Plaintiff SEBASTIAN SYMEONIDES ("Plaintiff"), and Defendant OTIS ELEVATOR COMPANY and Defendant TRUMP RUFFIN TOWER I, LLC, erroneously sued herein as TRUMP RUFFIN COMMERCIAL, LLC, d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC (collectively, "Defendants"), that the following terms and conditions shall apply to the physical examination of Plaintiff to be conducted by Jeffrey Wang, M.D., in this matter on behalf of Defendants and pursuant to Rule 35 of the Federal Rules of Civil Procedure (the "examination'):

1. The examination shall commence on March 8, 2024 at 8:00 a.m. at Consultants Medical Group, located at 2500 W. Sahara Ave., Suite 207, Las Vegas, Nevada 89102.

2. The duration of the examination of Plaintiff shall not exceed 1.5 hours. Dr. Wang shall use his best efforts to complete the examination in 1 hour or less.

3. The manner and conditions for the examination shall include discussion of Plaintiff's medical history as it relates to his injuries (including causation) and current symptoms and conditions.

4. The scope of the examination shall be limited to Plaintiff's medical history, injuries (including causation), and current symptoms and conditions.

5. The topics in which Dr. Wang anticipates discussing with Plaintiff include his medical history as it relates to his injuries (including causation) and current symptoms or conditions.

6. The examination shall be limited exclusively to those conditions of Plaintiff that are in controversy in this litigation and to those areas of Plaintiff's body that Dr. Wang deems relevant to the conditions of Plaintiff that are in controversy.

7. Plaintiff retains the right to: (a) have an observer of choice present throughout the examination; (b) have an interpreter present if Plaintiff believes that an interpreter is necessary to facilitate communication with the examiner; and (c) take notes or appoint an observer to take notes during the examination.



8. No imaging tests shall take place during the examination. Further, no physical diagnostic tests or procedures that are painful, intrusive or unreasonably invasive shall be permitted.

9. Plaintiff is not expected to appear for the examination with any diagnostic testing, images or medical records. Defendant is responsible for providing any and all medical billing, records and diagnostic films to be considered by Dr. Wang to his office for consideration.

10. Plaintiff shall not have to wait any longer than reasonably necessary (30 minutes) to see Dr. Wang.

11. Plaintiff will complete all forms provided by Dr. Wang that relate to his medical condition, history, injuries, symptoms and conditions at issue in this litigation, so long as such forms are provided to Plaintiff's counsel prior to the exam. However, Plaintiff shall not answer any questions which pertain to issues of liability or his relationship to Defendants.

12. Dr. Wang shall be provided with a copy of this Stipulation prior to the examination.

13. The Defense shall produce to Plaintiff's counsel a copy of the report prepared by Dr. Wang within 30 days after the examination, or in accordance with the applicable expert disclosure deadline, whichever shall occur first.

14. The report prepared by Dr. Wang must be in writing and must set out in detail his findings, including diagnoses, conclusions, and the results of any tests.

15. Plaintiff shall not pay or incur any fee in conjunction with the examination.

16. Plaintiff shall use his best efforts to appear at the office of Dr. Wang at the scheduled examination start time.

17. Plaintiff shall bring and wear his contact lenses or glasses, and his prescription medications and medical equipment/devices that relate to his medical condition, history, injuries, symptoms and conditions at issue in this litigation, if such are required, for the examination.

18. Plaintiff shall be entitled to depose Dr. Wang in accordance with his fee schedule and call him as a fact and/or expert witness at the time of trial, if Plaintiff so chooses. Plaintiff

shall also be entitled to introduce evidence of how Dr. Wang became involved in the case, as necessary to lay the foundation for Dr. Wang's opinions.

19. Plaintiff intends to make an audio recording of the examination at Plaintiff's sole expense, and a transcript will be created from the audio recording at Plaintiff's sole expense.

| CHRISTIANSEN TRIAL LAWYERS | TUCKER ELLIS LLP |
|---|---|
| /s/ Keely Chippoletti | /s/ V. Sathienmars |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | SU-LYN COMBS<br>Admitted Pro Hac Vice (Dkt. 22)<br>TUCKER ELLIS LLP<br>515 South Flower Steet, 42nd Floor<br>Los Angeles, CA 90071<br><br>V. SATHIENMARS<br>Admitted Pro Hac Vice (Dkt. 21)<br>TUCKER ELLIS LLP<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br><br>*Attorneys for Defendant Otis Elevator Co.* |

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Yilmaz Turkeri

DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ TURKERI, ESQ.
Nevada Bar No. 15468
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trump Ruffin Tower I, LLC, erroneously sued herein as Trump Ruffin Commercial, LLC, d/b/a Trump International Vegas and Trump International Hotel & Tower Las Vegas; and Trump International Hotels Management, LLC*

**ORDER**

**IT IS SO ORDERED. The parties must use the correct case number in all future filings.**



_____
United States Magistrate Judge

Dated: 3/5/24



5

| | |
|---|---|
| **From:** | Sathienmars, Vasudhsiri T. Vasudhsiri.Sathienmars@tuckerellis.com |
| **Subject:** | RE: Re: [EXT] Symeonides v Trump - Plaintiff's IME and Deposition |
| **Date:** | March 1, 2024 at 12:49 PM |
| **To:** | Turkeri, Yilmaz Yilmaz.Turkeri@lewisbrisbois.com, Keely Chippoletti keely@christiansenlaw.com |
| **Cc:** | Combs, Su-Lyn su-lyn.combs@tuckerellis.com, Avakian, David David.Avakian@lewisbrisbois.com, Esther Barrios Sandoval esther@christiansenlaw.com, Aicklen, Josh Cole Josh.Aicklen@lewisbrisbois.com, Kurilla, Peggy Peggy.Kurilla@lewisbrisbois.com, rmecham@rmcmlaw.com, kvigil@rmcmlaw.com, rmcmfiling@rmcmlaw.com, mhannemann@rmcmlaw.com, rmastrangelo@rmcmlaw.com, R. Todd Terry todd@christiansenlaw.com, JTronfeld@twdinjurylaw.com, GHerrera@twdinjurylaw.com, jrobertson@twdinjurylaw.com, jnewby@twdinjurylaw.com, Collins, Nathaniel Nathaniel.Collins@lewisbrisbois.com, Jauffret, Eric J. Eric.Jauffret@tuckerellis.com, Villegas, Stella Stella.Villegas@TuckerEllis.com, Pasynkova, Anna Anna.Pasynkova@TuckerEllis.com |



Ok to e-sign with the /s/ for Otis Elevator, FYI, I did update the signature block for Otis in the attached so that you can /s/ on behalf of my law firm (vs. Rebecca's).  Thanks Keely!

**V. Sathienmars | Counsel | Tucker Ellis LLP**
201 Mission Street Suite 2310 | San Francisco, CA 94105
Direct: 415-617-2126 | Fax: 415-617-2409 | Mobile: 818-640-7125
v.sathienmars@tuckerellis.com
tuckerellis.com | Attorney Profile

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Turkeri, Yilmaz <Yilmaz.Turkeri@lewisbrisbois.com>
**Sent:** Friday, March 1, 2024 12:47 PM
**To:** Keely Chippoletti <keely@christiansenlaw.com>; Sathienmars, Vasudhsiri T. <Vasudhsiri.Sathienmars@tuckerellis.com>
**Cc:** Combs, Su-Lyn <su-lyn.combs@tuckerellis.com>; Avakian, David <David.Avakian@lewisbrisbois.com>; Esther Barrios Sandoval <esther@christiansenlaw.com>; Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>; rmecham@rmcmlaw.com; kvigil@rmcmlaw.com; rmcmfiling@rmcmlaw.com; mhannemann@rmcmlaw.com; rmastrangelo@rmcmlaw.com; R. Todd Terry <todd@christiansenlaw.com>; JTronfeld@twdinjurylaw.com; GHerrera@twdinjurylaw.com; jrobertson@twdinjurylaw.com; jnewby@twdinjurylaw.com; Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Jauffret, Eric J. <Eric.Jauffret@tuckerellis.com>; Villegas, Stella <Stella.Villegas@TuckerEllis.com>; Pasynkova, Anna <Anna.Pasynkova@TuckerEllis.com>
**Subject:** RE: [EXT] Re: Symeonides v Trump - Plaintiff's IME and Deposition

**<<< EXTERNAL EMAIL >>>**

Hi Keely,

You can add my e-signature.

Thanks.



**Yilmaz E. Turkeri**
Attorney
Yilmaz.Turkeri@lewisbrisbois.com

**T: 702.693.4311 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified 2022-2023

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Keely Chippoletti <keely@christiansenlaw.com>
**Sent:** Friday, March 1, 2024 12:22 PM
**To:** Sathienmars, Vasudhsiri T. <Vasudhsiri.Sathienmars@tuckerellis.com>
**Cc:** Combs, Su-Lyn <su-lyn.combs@tuckerellis.com>; Avakian, David <David.Avakian@lewisbrisbois.com>; Esther Barrios Sandoval <esther@christiansenlaw.com>; Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>; Turkeri, Yilmaz <Yilmaz.Turkeri@lewisbrisbois.com>; rmecham@rmcmlaw.com; kvigil@rmcmlaw.com; rmcmfiling@rmcmlaw.com; mhannemann@rmcmlaw.com; rmastrangelo@rmcmlaw.com; R. Todd Terry <todd@christiansenlaw.com>; JTronfeld@twdinjurylaw.com; GHerrera@twdinjurylaw.com; jrobertson@twdinjurylaw.com; jnewby@twdinjurylaw.com; Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Jauffret, Eric J. <Eric.Jauffret@tuckerellis.com>; Villegas, Stella <Stella.Villegas@TuckerEllis.com>; Pasynkova, Anna <Anna.Pasynkova@TuckerEllis.com>
**Subject:** [EXT] Re: Symeonides v Trump - Plaintiff's IME and Deposition

The final stip is attached. My firm will have to file it because it's on our pleading paper. We just need email confirmation from you and someone from David's office that it's okay to submit with your electronic signatures.

Thanks!

Keely Perdue Chippoletti
Attorney
Christiansen Trial Lawyers