LEWIS BRISBOIS BISGAARD & SMITH LLP
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
YILMAZ E. TURKERI
Nevada Bar No. 15468
David.Avakian@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant TRUMP RUFFIN TOWER I, LLC, erroneously sued herein as TRUMP RUFFIN COMMERCIAL, LLC, d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00854-JAD-MDC <br><br> **STIPULATION TO EXCEED THE 10 DEPOSITION LIMIT PURSUANT TO RULE 30(a)(2)(A)** |

COMES NOW, Plaintiff SEBASTIAN SYMEONIDES, by and through his attorneys

of record, the law firm CHRISTIANSEN TRIAL LAWYERS, Defendant TRUMP RUFFIN TOWER I, LLC, erroneously sued herein as TRUMP RUFFIN COMMERCIAL, LLC, d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC by and through its counsel of record, the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP and Defendant OTIS ELEVATOR COMPANY by and through its counsel of record, the law firm ROGERS, MASTRANGELO, CARVALHO, AND MITCHELL and TUCKER ELLIS LLP, and hereby agree that the limit of ten (10) depositions per side, set forth by Fed. R. Civ. P. 30(a)(2)(A), will be exceeded by Defendants and by Plaintiffs as stipulated herein.

This matter involves allegations of personal injury by Plaintiff SEBASTIAN SYMEONIDES as a result of an alleged elevator incident on February 14, 2022. Due to the degree of alleged damages, as well as the complexity of the damages and the alleged incident, the parties agree that the ten (10) deposition limit per side will prevent the parties from adequately preparing their cases for trial in this matter. This matter involves numerous fact witnesses, including numerous medical and expert witnesses, which will need to be deposed to adequately resolve this matter on the merits.

Therefore, the parties hereby stipulate to exceed ten (10) depositions per Fed. R. Civ. P 30(a)(2)(A), subject to the following:

1. Nothing in the parties' stipulation or any associated Order shall be construed so as to modify the Fed. R. Civ. P. 30(d)(1) limitations as to deposition duration ("[u]nless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours"); nor shall this stipulation be construed so as to deprive any party of that party's right to seek Court relief from the Rule 30(d) deposition duration limitations pursuant to that subsection.

2. Nothing in the parties' stipulation or any associated Order shall be construed so as to prejudice or preclude the right of any parties hereto from seeking Court relief, including but not limited to any protective orders, pursuant to any applicable provisions of the Federal Rules of Civil Procedure - including but not

limited to Fed. R. Civ. P. 26(c), 30(d), 30(g).

Dated this 7th day of May, 2024

CHRISTIANSEN TRIAL LAWYERS

/s/ R. Todd Terry

PETER CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated this 7th day of May, 2024

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Rebecca L. Mastrangelo

REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
700 South 3rd Street
Las Vegas, NV 89101
*Attorneys for Defendant Otis Elevator Company*

Dated this ___ day of May, 2024

TUCKER ELLIS LLP

/s/ Vasudhsiri T. Sathienmars

SU-LYN COMBS, ESQ. (*Pro Hac Vice*)
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

V. SATHIENMARS (*Pro Hac Vice*)
201 Mission Street, Suite 2310
San Francisco, CA 94105

*Attorneys for Defendant Otis Elevator Company*

Dated this 7th day of May, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ E. TURKERI, ESQ.
Nevada Bar No. 15468
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trump Ruffin Tower I, Trump International Las Vegas and Trump International Hotel & Tower Las Vegas and Trump International Hotels Management, LLC*

IT IS SO ORDERED

/s/ _____
United States Magistrate Judge

DATED: 5-9-24

139860238.1                                  3                    Case No. 2:23-cv-00854-JAD-VCF
STIPULATION TO EXCEED THE 10 DEPOSITION LIMIT PURSUANT TO RULE 30(a)(2)(A)