REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101
Telephone:     (702) 383-3400
Facsimile:     (702) 384-1460
rmastrangelo@rmcmlaw.com

Su-Lyn Combs (*pro hac vice*)
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     (213) 430-3400
Facsimile:     (213) 430-3409
su-lyn.combs@tuckerellis.com

Attorneys for Defendant
*OTIS ELEVATOR COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00854-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN FOR REBUTTAL EXPERT DISCLOSURES FOR ECONOMIC EXPERTS AND SCHEDULING ORDER**<br><br>**(Third Request)** |

COMES NOW, Plaintiff SEBASTIAN SYMEONIDES, by and through his attorneys of

Case No. 2:23-cv-00854-JAD-VCF

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN FOR INITIAL EXPERT DISCOVERY AND REBUTTAL FOR ECONOMIC EXPERTS AND SCHEDULING ORDER

1672578.1

record, the law firm CHRISTIANSEN TRIAL LAWYERS, Defendant TRUMP RUFFIN TOWER I, LLC, erroneously sued herein as TRUMP RUFFIN COMMERCIAL, LLC, d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC by and through its counsel of record, the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP and Defendant OTIS ELEVATOR COMPANY by and through its counsel of record, the law firms ROGERS, MASTRANGELO, CARVALHO, AND MITCHELL and TUCKER ELLIS LLP, and hereby request the Rebuttal Expert Disclosures in the previously filed Order [Doc 29] be extended for Plaintiff and Defendants' economic experts by seven (7) days up to and including June 3, 2024 pursuant to FRCP 29 and LR 26.4, as follows:

A. **EXPERT DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

The current deadline for Rebuttal Expert Disclosures is May 27, 2024.  [Doc. 29] The parties have been working diligently to complete fact and expert discovery.  The parties served Initial Expert Disclosures on April 25, 2024, including the disclosure of Plaintiff's economic expert Dr. Robert Cook and Defendants' economic expert Laura Dolan.  The parties will be serving Rebuttal Expert Disclosures on May 27, 2024.  However, due to outstanding written discovery requests, an exception is required for economic experts.

Plaintiff Sebastian Symeonides alleges serious injuries and other related damages as a result of an alleged elevator drop and entrapment on February 14, 2022 at Trump International Hotel. Plaintiff's estimated net present value lost earning capacity is $1,927,393.  Plaintiff is employed as President and CEO of VABODE, Inc., which provides mental health services to individuals who have a mental health diagnosis and VABODE is managed through a holding company SIMCO.

On April 16, 2024, Defendant Otis served a Third Set of Requests for Production of Documents requesting additional financial documents related to Plaintiff's economic loss claims, including recent profit and loss statements, Schedule K-1, and any documents evidencing out of pocket costs incurred to hire employees.  The parties have agreed to an extension of time for Plaintiff to respond

2                                       Case No. 2:23-cv-00854-JAD-VCF

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN FOR INITIAL EXPERT DISCOVERY AND REBUTTAL FOR ECONOMIC EXPERTS AND SCHEDULING ORDERDER

1672578.1

to these requests on or before May 23, 2024.  In order for both parties' economic experts to review necessary financial documents, the parties agreed that the Rebuttal Expert Disclosure for Dr. Cook and Ms. Dolan be extended up to and including June 3, 2024.

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The extension will not impede the current deadlines previously established in this matter, nor will it prejudice any party.

In light of the circumstances and to ensure a comprehensive and equitable discovery process, the parties respectfully request an extension of time until June 3, 2024, for the Rebuttal Expert Disclosures for Dr. Cook and Ms. Dolan.  All other deadlines remain the same.

**C.    PROPOSED PLAN FOR COMPLETING DISCOVERY FOR VOCATIONAL EXPERT WITNESSES**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Disclosure for Economic Experts Dr. Robert Cook and Laura Dolan | **May 27, 2024** | **June 3, 2024** |

**D.    THE CURRENT TRIAL DATE**

This matter has not been scheduled for trial.

**E.    NUMBER OF REQUESTS FOR EXTENSION**

This is the third request to extend discovery deadlines.

| | |
|---|---|
| Dated this 21st day of May, 2024 | Dated this 21st day of May, 2024 |
| CHRISTIANSEN TRIAL LAWYERS | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Keely P. Chippoletti | /s/ David B. Avakian |
| PETER CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519 | JOSH COLE AICKLEN, ESQ.<br>Nevada Bar No. 7254<br>DAVID B. AVAKIAN, ESQ.<br>Nevada Bar No. 9502 |

|  |  |
|---|---|
| KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | YILMAZ E. TURKERI, ESQ.<br>Nevada Bar No. 15468<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant*<br>*Trump Ruffin Tower I, Trump International*<br>*Las Vegas and Trump International Hotel*<br>*& Tower Las Vegas and Trump International*<br>*Hotels Management, LLC* |
| Dated this 21st day of May, 2024<br><br>ROGERS, MASTRANGELO, CARVALHO<br>& MITCHELL<br><br> /s/ Rebecca L. Mastrangelo<br>REBECCA L. MASTRANGELO, ESQ.<br>Nevada Bar No. 5417<br>700 South 3rd Street<br>Las Vegas, NV 89101<br>*Attorneys for Defendant Otis Elevator*<br>*Company* | Dated this 21st day of May, 2024<br><br>TUCKER ELLIS LLP<br><br> /s/ Su-Lyn Combs<br>SU-LYN COMBS, ESQ. (*Pro Hac Vice*)<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, CA 90071<br>*Attorneys for Defendant Otis Elevator*<br>*Company*<br><br>IT IS SO ORDERED For good cause show, the stipulation is APPROVED.<br><br>_____<br>United States Magistrate Judge<br>DATED  5-22-24 |

4

Case No. 2:23-cv-00854-JAD-VCF

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN FOR INITIAL EXPERT DISCOVERY AND REBUTTAL FOR ECONOMIC EXPERTS AND SCHEDULING ORDERER

1672578.1

# CERTIFICATE OF SERVICE

I certify that on **May 21, 2024**, the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN FOR INITIAL EXPERT DISCOVERY AND REBUTTAL FOR ECONOMIC EXPERTS AND SCHEDULING ORDER** was filed via the Court's CM/ECF system, which generated a notice of electronic filing with links to true and correct copies of the foregoing document for service, and further that this document and all attachments were transmitted via U.S. Mail and email upon the following counsel of record:

| | |
|---|---|
| Peter S. Christiansen, Esq.<br>R. Todd Terry, Esq.<br>Kendelee Leascher Works, Esq.<br>Whitney J. Barrett, Esq.<br>Keely P. Chippoletti, Esq.<br>CHRISTIANSEN TRIAL LAWYERS<br>710 S. 7th Street, Suite B<br>Las Vegas, Nevada 89101<br>Email: keely@christiansenlaw.com<br><br>*Attorneys for Plaintiff* | David B. Avakian, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: David.Avakian@lewisbrisbois.com<br><br>*Attorneys for Defendants*<br>*Trump Ruffin Commercial, LLC d/b/a Trump International Las Vegas and Trump International Hotel & Tower Las Vegas;*<br>*Trump Ruffin Tower I, LLC; Trump International Hotels Management, LLC* |
| REBECCA L. MASTRANGELO, ESQ.<br>Nevada Bar No. 5417<br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Phone (702) 383-3400<br>Fax (702) 384-1460<br>Email: rmastrangelo@rmcmlaw.com<br><br>*Attorneys for Defendant*<br>*Otis Elevator Company* | |

/s/ Stella S. Villegas
Stella S. Villegas