**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY P. CHIPPOLETTI, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00854-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO DEFENDANT OTIS ELEVATOR COMPANY'S MOTIONS**<br><br>ECF No. 59 |

**IT IS HEREBY STIPULATED AND AGREED**, by all parties, by and through their respective counsel of record, that the deadlines for Plaintiff to file oppositions to Defendant Otis Elevator Company's Motion to Exclude John Koshak's Expert Opinion (ECF No. 53), currently due January 27, 2025, and Otis Elevator Company's Motion for Summary Judgment, currently due February 3, 2025 (ECF No. 54), shall both be extended to February 17, 2025.

Defendant Otis Elevator Company filed a Motion to Exclude John Koshak's Expert

1  Opinion [Dkt. #53] and a Motion for Summary Judgment [Dkt. #54] on January 13, 2025.
2  Defendant Trump Ruffin Tower I, LLC filed Joinders to both motions [Dkt. #56 and #58].

3      The parties agreed to consolidate and extend the deadlines for Plaintiff to oppose the
4  motion for summary judgment and the motion to exclude John Koshak. Good cause exists for this
5  request because both the motion for summary judgment and the motion to exclude involve
6  complex legal and factual issues that are interrelated. Properly addressing these motions requires
7  a thorough review of extensive records, expert reports, deposition testimony, and case law to
8  ensure the Court receives well-reasoned and comprehensive arguments. The issues raised in the
9  motion for summary judgment and the motion to exclude are closely intertwined. Extending the
10 deadlines will allow Plaintiff to present consistent and cohesive arguments, avoiding redundancy
11 and ensuring that the Court has the full context to make an informed decision. Aligning the
12 briefing deadlines for these motions will promote efficiency for all parties and the Court by
13 consolidating overlapping efforts and ensuring all relevant arguments are presented in a unified
14 manner.

15     This requested extension is made in good faith, and not for the purposes of delay.

16     Dated this 23rd day of January, 2025

| Respectfully Submitted By:<br>CHRISTIANSEN TRIAL LAWYERS | Approved as to Form and Content:<br>ROGERS, MASTRANGELO, CARALHO & MITCHELL |
|---|---|
| */s/ Keely Chippoletti*<br>PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | */s/ Su-Lyn Combs*<br>REBECCA L. MASTRANGELO, ESQ.<br>Nevada Bar No. 5417<br>700 South 3rd Street<br>Las Vegas, NV 89101<br><br>VASUDHSIRI T. SATHIENMARS, ESQ.<br>SU-LYN COMBS, ESQ.<br>TUCKER ELLIS LLP<br>515 South Flower Steet, 42nd Floor<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Otis Elevator Co.* |

1  Approved as to Form and Content:

2  LEWIS BRISBOIS BISGAARD & SMITH
3  LLP

4  /s/ Yilmaz Turkeri
5  DAVID B. AVAKIAN, ESQ.
   Nevada Bar No. 9502
6  YILMAZ E. TURKERI, ESQ.
7  Nevada Bar No. 15468
   6385 South Rainbow Blvd., Suite 600
8  Las Vegas, NV 89118
   *Attorneys for Defendant Trump Ruffin Tower*
9  *I, LLC, erroneously sued herein as Trump*
10 *Ruffin Commercial, LLC, d/b/a Trump*
   *International Vegas and Trump International*
11 *Hotel & Tower Las Vegas; and Trump*
   *International Hotels Management, LLC*
12

13

14                                **ORDER**

15      Based on the parties' stipulation **[ECF No. 59]** and good cause appearing, IT IS
ORDERED that the deadlines to oppose the motion to exclude John Koshak's Expert Opinion
16 [ECF No. 53] *and* the motion for summary judgment [ECF No. 54] are extended to February
17 17, 2025.

18
                                            _____
19                                          U.S. District Judge Jennifer A. Dorsey
20                                          Dated: January 28, 2025

21

22

23

24

25

26

27

28

3