REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101
Telephone:    (702) 383-3400
Facsimile:    (702) 384-1460
rmastrangelo@rmcmlaw.com

Su-Lyn Combs (*pro hac vice*)
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    (213) 430-3400
Facsimile:    (213) 430-3409
su-lyn.combs@tuckerellis.com

Attorneys for Defendant
*OTIS ELEVATOR COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00854-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT AND JOINDER THERETO OF DEFENDANTS TRUMP RUFFIN COMMERCIAL, LLC, D/B/A TRUMP INTERNATIONAL LAS VEGAS AND TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS, AND TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC**<br><br>ECF No. 79 |

///

///

1  IT IS HEREBY STIPULATED AND AGREED, by all parties, by and through their respective counsel of record, that the deadlines for Defendant Otis Elevator Company ("Otis") and Defendants Trump Ruffin Commercial, LLC, d/b/a Trump International Las Vegas and Trump International Hotel & Tower Las Vegas, and Trump International Hotels Management, LLC ("Trump Hotel") (collectively, "Defendants") to file their replies to Plaintiff Sebastian Symeonides' opposition to Otis' motion for summary judgment and Trump Hotel's substantive joinder to Otis' motion for summary judgment, currently due March 3, 2025, shall be extended to March 17, 2025.

Otis filed its motion for summary judgment on January 13, 2025. Dkt. 54. Trump Hotel filed a joinder to Otis' motion on January 17, 2025. Dkt. 58. Plaintiff filed his opposition to Otis' motion and Trump Hotel's joinder on February 17, 2025. Dkt. 62.

On February 18, 2025, the parties agreed to extend the deadline for Defendants to file their replies to Plaintiff's opposition to Otis' motion for summary judgment and Trump Hotel's joinder.

Good cause exists for this request because Otis' motion for summary judgment, Trump Hotel's joinder, and Plaintiff's arguments in opposition thereto involve complex legal and factual issues. *See, e.g.*, Dkts. 54-1 to 54-11; 63-76. Properly addressing arguments against Otis' motion for summary judgment and Trump Hotel's joinder requires a thorough review of extensive records, expert reports, deposition testimony, and case law to ensure the Court receives well-reasoned and comprehensive arguments. *Ibid*.

The Court previously granted an order stipulating an extension of time for Plaintiff to oppose Otis' motion for summary judgment on identical good cause grounds as stated above. Dkts. 59-60.

This requested extension is made in good faith, and not for purposes of delay.

///
///
///
///
///
///
///

2      Case No. 2:23-cv-00854-JAD-VCF
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT AND JOINDER THERETO OF DEFENDANTS TRUMP RUFFIN COMMERCIAL, LLC, D/B/A TRUMP INTERNATIONAL LAS VEGAS AND TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS, AND TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC
1700707.1

Respectfully submitted,

Dated this 24th day of February, 2025

CHRISTIANSEN TRIAL LAWYERS

/s/ R. Todd Terry

PETER CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated this 24th day of February, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ David B. Avakian

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ E. TURKERI, ESQ.
Nevada Bar No. 15468
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant
Trump Ruffin Tower I, Trump International
Las Vegas and Trump International Hotel
& Tower Las Vegas and Trump International
Hotels Management, LLC*

Dated this 24th day of February, 2025

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Rebecca L. Mastrangelo

REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
700 South 3rd Street
Las Vegas, NV 89101
*Attorneys for Defendant Otis Elevator Company*

Dated this 24th day of February, 2025

TUCKER ELLIS LLP

/s/ Su-Lyn Combs

SU-LYN COMBS, ESQ. (*Pro Hac Vice*)
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
*Attorneys for Defendant Otis Elevator Company*

# ORDER

Based on the parties' stipulation [ECF No. 79] and good cause appearing, IT IS HEREBY ORDERED that **the deadline** of Defendant Otis Elevator Company and Defendants Trump Ruffin Commercial, LLC, d/b/a Trump International Las Vegas and Trump International Hotel & Tower Las Vegas, and Trump International Hotels Management, LLC, to reply or respond to Plaintiffs' opposition to Otis' motion for summary judgment and Trump Hotel's joinder thereto, **is extended to March 17, 2025.**

_____
United States District Court Judge

Dated: 2/27/25