REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101
Telephone:      (702) 383-3400
Facsimile:      (702) 384-1460
rmastrangelo@rmcmlaw.com

Su-Lyn Combs (*pro hac vice*)
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      (213) 430-3400
su-lyn.combs@tuckerellis.com

VASUDHSIRI SATHIENMARS (*PRO HAC VICE*)
TUCKER ELLIS LLP
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:      (415) 617-2400
vasudhsiri.sathienmars@tuckerellis.com

Attorneys for Defendant
*OTIS ELEVATOR COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00854-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO PLAINTIFF'S MOTION FOR SANCTIONS DUE TO DEFENDANTS SPOILIATION OF EVIDENCE** |

IT IS HEREBY STIPULATED AND AGREED, by all parties, by and through their respective counsel of record, that the deadline for Defendants Otis Elevator Company and Trump Ruffin Tower I, LLC to file an opposition to Plaintiff's Motion for Sanctions Due to Defendants' Spoliation of Evidence (ECF No. 92), currently due May 8, 2025, shall be extended to May 22, 2025.

Good cause exists for this request because the Motion for Sanctions involve complex legal and factual issues that are interrelated. The Motion for Sanctions contains hundreds of pages of extensive exhibits Properly addressing this Motion requires a thorough review of extensive records, expert reports, deposition testimony, and case law to ensure the Court receives well-reasoned and comprehensive arguments. Extending the deadlines will also allow Defendants to present consistent and cohesive arguments and ensuring that the Court has the full context to make an informed decision.

This requested extension is made in good faith and not for purposes of delay.

Respectfully submitted,

Dated this 2nd day of May, 2025

CHRISTIANSEN TRIAL LAWYERS


 /s/ R. Todd Terry

PETER CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated this 2nd day of May, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP


 /s/ David B. Avakian

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ E. TURKERI, ESQ.
Nevada Bar No. 15468
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trump Ruffin Tower I, Trump International*
*Las Vegas and Trump International Hotel*
*& Tower Las Vegas and Trump International*
*Hotels Management, LLC*

Case No. 2:23-cv-00854-JAD-VCF
STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES
1710031.1

Dated this 2nd day of May, 2025                    Dated this 2nd day of May, 2025

ROGERS, MASTRANGELO, CARVALHO            TUCKER ELLIS LLP
& MITCHELL


___/s/ Rebecca L. Mastrangelo___                    ___/s/ Su-Lyn Combs___

REBECCA L. MASTRANGELO, ESQ.              SU-LYN COMBS, ESQ. (*Pro Hac Vice*)
Nevada Bar No. 5417                                       515 South Flower Street
700 South 3rd Street                                        Forty-Second Floor
Las Vegas, NV 89101                                      Los Angeles, CA 90071
*Attorneys for Defendant Otis Elevator*             *Attorneys for Defendant Otis Elevator*
*Company*                                                    *Company*

Case No. 2:23-cv-00854-JAD-VCF
STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES
1710031.1

## <u>ORDER</u>

IT IS SO ORDERED that the opposition deadline of Defendant Otis Elevator Company and Trump Ruffin Tower I, LLC to Plaintiffs' Motion for Sanctions Due to Defendants' Spoliation of Evidence is hereby extended to May 22, 2025

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 5/6/2025

Case No. 2:23-cv-00854-JAD-VCF
STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES

1710031.1