**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY P. CHIPPOLETTI, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00854-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY BRIEFS REGARDING PLAINTIFF'S MOTION FOR SANCTIONS DUE TO DEFENDANTS' SPOLIATION OF EVIDENCE [ECF Nos. 90 and 92]** |

**IT IS HEREBY STIPULATED AND AGREED**, by all parties, by and through their respective counsel of record, that the deadline for Plaintiff to file reply briefs to Defendant Trump Ruffin Tower I, LLC's Opposition to Plaintiff's Motion for Sanctions Due to Defendants' Spoliation of Evidence [ECF No. 109] and Defendant Otis Elevator Company's Points and Authorities in Response to Plaintiff's Motion for Sanctions Due to Spoliation of Evidence [ECF No. 110], currently due May 29, 2025, shall be extended to June 5, 2025.

      The parties respectfully request a one-week extension of the deadline for Plaintiff to file reply briefs to Defendants' oppositions to his Motion for Sanctions Due to Defendants' Spoliation of Evidence. Good cause exists for this request because the oppositions involve complex legal and factual issues, and additional time is needed to fully and completely respond to each issue. Properly responding to both oppositions requires a thorough review of extensive records, expert reports, deposition testimony, and case law to ensure the Court receives well-reasoned and comprehensive arguments. Extending the deadline will ensure adequate time for Plaintiff to research the relevant legal issues and fully respond to the arguments raised in Defendants' opposition briefs, ensuring that the Court has the full context to make an informed decision.

      Notably, the parties previously agreed to a two-week extension for Defendants to file their oppositions, which the Court approved. ECF No. 108. Plaintiff makes this request in good faith and not for purposes of delay, and believes that a brief extension will aid the Court by allowing Plaintiff to prepare thorough and focused reply briefs. No party will be prejudiced by the requested extension.

      Dated this 28th day of May, 2025

| Respectfully Submitted By: | Approved as to Form and Content: |
|---|---|
| CHRISTIANSEN TRIAL LAWYERS | ROGERS, MASTRANGELO, CARALHO & MITCHELL |
| */s/ Keely P. Chippoletti* | */s/ Su-Lyn Combs* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | REBECCA L. MASTRANGELO, ESQ.<br>Nevada Bar No. 5417<br>700 South 3rd Street<br>Las Vegas, NV 89101<br><br>VASUDHSIRI T. SATHIENMARS, ESQ.<br>SU-LYN COMBS, ESQ.<br>TUCKER ELLIS LLP<br>515 South Flower Steet, 42nd Floor<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Otis Elevator Co.* |

Approved as to Form and Content:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Yilmaz E. Turkeri*

_____
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ E. TURKERI, ESQ.
Nevada Bar No. 15468
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trump Ruffin Tower I, LLC, erroneously sued herein as Trump Ruffin Commercial, LLC, d/b/a Trump International Vegas and Trump International Hotel & Tower Las Vegas; and Trump International Hotels Management, LLC*

### ORDER

IT IS SO ORDERED that the deadline for Plaintiff to file reply briefs to Defendant Trump Ruffin Tower I, LLC's Opposition to Plaintiff's Motion for Sanctions Due to Defendants' Spoliation of Evidence [ECF No. 109] and Defendant Otis Elevator Company's Points and Authorities in Response to Plaintiff's Motion for Sanctions Due to Spoliation of Evidence [ECF No. 110], currently due May 29, 2025, is hereby extended to June 5, 2025..

_____
United States Magistrate Judge

Dated: 5-30-25