REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
rmastrangelo@rmcmlaw.com

Su-Lyn Combs (*pro hac vice*)
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone: (213) 430-3400
su-lyn.combs@tuckerellis.com

VASUDHSIRI SATHIENMARS (*PRO HAC VICE*)
TUCKER ELLIS LLP
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: (415) 617-2400
vasudhsiri.sathienmars@tuckerellis.com

Attorneys for Defendant
*OTIS ELEVATOR COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

SEBASTIAN SYMEONIDES, an Individual,

Plaintiff,

vs.

TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,

Defendants.

Case No. 2:23-cv-00854-JAD-MDC

**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**

IT IS HEREBY STIPULATED AND AGREED, by all parties, by and through their respective counsel of record, that the deadline for Plaintiff Sebastian Symeonides and Defendants Otis Elevator Company and Trump Ruffin Tower I, LLC to file the Proposed Joint Pretrial Order (ECF No. 112), currently due July 7, 2025, shall be extended to July 25, 2025.

Good cause exists for this request because there are currently pending motions, including Plaintiff's Motion for Sanctions Due to Defendants' Spoliation of Evidence (ECF No. 92) and Defendant Otis' Motion for Reconsideration (ECF No. 119), which may impact the identification and scope of contested legal and factual issues to be addressed at trial. Additionally, the parties are coordinating deposition designations for at least eleven (11) out-of-state and unavailable fact witnesses, requiring additional time and collaboration.

Plaintiff's counsel is also scheduled to begin trial on July 7, 2025, in the matter of *Van Nguyen v. David Endo*, Case No. A-20-826741-C in the Eighth Judicial District Court of Nevada. As a result, counsel has been required to dedicate substantial time and resources to trial preparation in that matter. Accordingly, the parties request a reasonable extension of the current deadline to allow the parties sufficient time to adequately meet and confer and to prepare a comprehensive joint pretrial order.

This requested extension is made in good faith and not for purposes of delay.

Respectfully submitted,

Dated this 2nd day of July, 2025

CHRISTIANSEN TRIAL LAWYERS

/s/ *R. Todd Terry*

PETER CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
710 South 7th Street
Las Vegas, NV 89101

Dated this 2nd day of July, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *David B. Avakian*

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ E. TURKERI, ESQ.
Nevada Bar No. 15468
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorneys for Plaintiff*

*Attorneys for Defendant TRUMP RUFFIN TOWER I, LLC, erroneously sued herein as TRUMP RUFFIN COMMERCIAL, LLC, d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; and TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC*

Dated this 2nd day of July, 2025

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Rebecca L. Mastrangelo*

REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
700 South 3rd Street
Las Vegas, NV 89101
*Attorneys for Defendant Otis Elevator Company*

Dated this 2nd day of July, 2025

TUCKER ELLIS LLP

/s/ *Su-Lyn Combs*

SU-LYN COMBS, ESQ. (*Pro Hac Vice*)
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
*Attorneys for Defendant Otis Elevator Company*

IT IS SO ORDERED that the deadline for the Proposed Joint Pretrial Order shall be extended to July 25, 2025.

United States Magistrate Judge

Dated: July 8, 2025

**CERTIFICATE OF SERVICE**

I certify that on **July 2, 2025**, the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER** was filed via the Court's CM/ECF system, which generated a notice of electronic filing with links to true and correct copies of the foregoing document for service, and further that this document and all attachments were transmitted via U.S. Mail and email upon the following counsel of record:

| | |
|---|---|
| Peter S. Christiansen, Esq.<br>R. Todd Terry, Esq.<br>Kendelee Leascher Works, Esq.<br>Whitney J. Barrett, Esq.<br>Keely P. Chippoletti, Esq.<br>CHRISTIANSEN TRIAL LAWYERS<br>710 S. 7th Street, Suite B<br>Las Vegas, Nevada 89101<br>Email: keely@christiansenlaw.com<br><br>*Attorneys for Plaintiff* | David B. Avakian, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: David.Avakian@lewisbrisbois.com<br><br>*Attorneys for Defendants Trump Ruffin Commercial, LLC d/b/a Trump International Las Vegas and Trump International Hotel & Tower Las Vegas; Trump Ruffin Tower I, LLC; Trump International Hotels Management, LLC* |
| REBECCA L. MASTRANGELO, ESQ.<br>Nevada Bar No. 5417<br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Phone (702) 383-3400<br>Fax (702) 384-1460<br>Email: rmastrangelo@rmcmlaw.com<br><br>*Attorneys for Defendant Otis Elevator Company* | |
| | |

/s/ *Stella S. Villegas*
Stella S. Villegas