**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY P. CHIPPOLETTI, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEBASTIAN SYMEONIDES, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC, a Foreign Limited-Liability Company d/b/a TRUMP INTERNATIONAL LAS VEGAS and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS; TRUMP RUFFIN TOWER I, LLC, a Foreign Limited-Liability Company; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, a Foreign Limited-Liability Company; OTIS ELEVATOR CORPORATION, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through XX inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00854-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

Plaintiff Sebastian Symeonides, Defendant Otis Elevator Company ("Otis"), and Defendant Trump Ruffin Tower I LLC, erroneously sued herein as Trump Ruffin Commercial LLC, d/b/a Trump International Las Vegas and Trump International Hotel & Tower Las Vegas, and Trump International Hotels Management, LLC[1] ("Trump Defendants"), by and through their

---
[1] Plaintiff disputes that any defendant was erroneously named in this action and reserves all rights.

undersigned counsel of record, hereby stipulate as follows:

1. The parties agree and respectfully request that the Court extend the current deadline to file the Joint Pretrial Order, currently due on July 25, 2025, until fourteen (14) days after the Court issues an order on Plaintiff's Motion to Remand (ECF No. 127), which was recently filed on July 21, 2025.

2. Good cause exists for the requested extension because resolution of the Motion to Remand could affect the Court's jurisdiction over this matter and the necessity of preparing and filing a Joint Pretrial Order in this forum. The parties agree that good cause exists to defer the preparation and filing of the Joint Pretrial Order until the Court determines whether this case will remain in federal court.

3. This is the second request to extend the pretrial order deadline; however, this is the first request to extend the deadline following Plaintiff's Motion to Remand.

4. The requested extension is made in good faith and not for the purpose of delay.

Dated this 23rd day of July, 2025.

| Respectfully Submitted By:<br>CHRISTIANSEN TRIAL LAWYERS | Approved as to Form and Content:<br>ROGERS, MASTRANGELO, CARALHO & MITCHELL |
|---|---|
| /s/ Keely P. Chippoletti | /s/ Su-Lyn Combs |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>710 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | REBECCA L. MASTRANGELO, ESQ.<br>Nevada Bar No. 5417<br>700 South 3rd Street<br>Las Vegas, NV 89101<br><br>VASUDHSIRI T. SATHIENMARS, ESQ.<br>SU-LYN COMBS, ESQ.<br>TUCKER ELLIS LLP<br>515 South Flower Steet, 42nd Floor<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Otis Elevator Co.* |

Approved as to Form and Content:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Yilmaz Turkeri
_____
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
YILMAZ E. TURKERI, ESQ.
Nevada Bar No. 15468
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trump Ruffin Tower I, LLC, Trump Ruffin Commercial, LLC, d/b/a Trump International Vegas and Trump International Hotel & Tower Las Vegas; and Trump International Hotels Management, LLC*

**ORDER**

The Court, having reviewed the parties' stipulation and good cause appearing, hereby ORDERS that deadline to file the Joint Pretrial Order is extended until fourteen (14) days after the Court issues an order resolving Plaintiff's Motion to Remand (ECF No. 127).

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: July 24, 2025

3