**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sebastian Symeonides,

    Plaintiff

v.

Trump Ruffin Commercial, LLC, et al.,

    Defendants

Case No.: 2:23-cv-00854-JAD-MDC

**Order to Disburse Cash Deposit**

Law firm Christiansen Trial Lawyers, on behalf of plaintiff Sebastian Symeonides, tendered $500.00 to the Clerk of Court for deposit into the court's registry account as security for costs under Nevada Revised Statute 18.130(1).[1] Because this case has been closed following remand to state court,[2]

**IT IS HEREBY ORDERED that the Clerk of Court is directed to disburse and mail the full cash deposit amount and any interest payable to:**

Sebastian Symeonides
c/o Christiansen Trial Lawyers
710 S. 7th Street
Las Vegas, NV 89101

_____
U.S. District Judge Jennifer A. Dorsey
October 22, 2025

---

[1] ECF No. 11.
[2] ECF No. 140.